IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| BRENT AND AMI HENDERSON, <br> Individually and as co-guardians of <br> FISHER A. HENDERSON <br><br> Plaintiffs <br><br> V. <br><br> THE COLEMAN COMPANY, INC., <br> ET AL. <br><br> Defendants | NO: 3:12CV00073 SWW |

## ORDER

Before the Court is a joint motion by Plaintiffs and Separate Defendants, the Coleman Company, Inc. and Jarden Corporation, stating that Plaintiffs have settled their claims against Separate Defendants.

The joint motion to dismiss (docket entry #20) is GRANTED. Plaintiffs' claims solely against Separate Defendants--the Coleman Company, Inc. and Jarden Corporation--are DISMISSED WITH PREJUDICE, and the Coleman Company, Inc. and Jarden Corporation are dismissed as parties to this action. The case will proceed on the remaining claims against the remaining defendants.

IT IS SO ORDERED THIS 4TH DAY OF MARCH, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE