IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENT AND AMI HENDERSON,  \*
Individually and as co-guardians of  \*
FISHER A. HENDERSON  \*
 \*
      Plaintiffs  \*
 \*  NO: 3:12CV00073 SWW
V.  \*
 \*
THE COLEMAN COMPANY, INC.,  \*
ET AL.

      Defendants

## ORDER

Plaintiffs Brent and Ami Henderson bring this product liability action on behalf of their minor child, Fischer A. Henderson. Before the Court is a joint motion by plaintiffs and separate defendants Gold Peak Group; Gold Peak Industries (Holdings) Limited; GPE International Limited; GPI International Limited; GP Industries Limited; GP Batteries International Limited; Gold Peak Industries (North America), Inc.; and GP Battery Marketing (Latin America), Inc., stating that plaintiffs have resolved their claims against the separate defendants. The motion is silent regarding the status of plaintiffs' claims against the remaining defendants: Sky City Holdings International, Ltd. and John Does, 1 through 5. Plaintiffs have not identified the John Doe defendants, Sky City Holdings International, Ltd. has not appeared in this case, and the record is void of evidence that plaintiffs accomplished service upon these defendants within the extended period granted in this case.

IT IS THEREFORE ORDERED that plaintiffs have five days from the entry date of this order in which to file objections to dismissal of claims against separate defendants Sky City

Holdings International, Ltd. and defendants John Does, 1 through 5.  *See* Fed. R. Civ. P. 4(m).

In the event that no objections are filed, the Court will dismiss said claims without prejudice.

IT IS SO ORDERED THIS 23rd DAY OF AUGUST, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE