IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENT AND AMI HENDERSON,     *
Individually and as co-guardians of     *
FISHER A. HENDERSON     *
    *
        Plaintiffs     *
    *     NO: 3:12CV00073 SWW
V.     *
    *
THE COLEMAN COMPANY, INC.,     *
ET AL.

        Defendants

**ORDER**

       Plaintiffs Brent and Ami Henderson bring this product liability action on behalf of their minor child, Fischer A. Henderson. Before the Court is a joint motion by plaintiffs and separate defendants Gold Peak Group; Gold Peak Industries (Holdings) Limited; GPE International Limited; GPI International Limited; GP Industries Limited; GP Batteries International Limited; Gold Peak Industries (North America), Inc.; and GP Battery Marketing (Latin America), Inc., reporting that plaintiffs have resolved their claims against the separate defendants and requesting that the Court dismiss these claims with prejudice.

       By order entered August 23, 2013, the Court gave notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that it would dismiss without prejudice plaintiffs' claims against separate defendants Sky City Holdings International, Ltd. and defendants John Does, 1 through 5. The Court's order provides: "In the event that no objections are filed, the Court will dismiss said claims without prejudice." ECF No. 24. As of the date of this order, no objections have been filed.

IT IS THEREFORE ORDERED that the joint motion to dismiss (ECF No. 23) is GRANTED. Plaintiffs' claims against separate defendants Gold Peak Group; Gold Peak Industries (Holdings) Limited; GPE International Limited; GPI International Limited; GP Industries Limited; GP Batteries International Limited; Gold Peak Industries (North America), Inc.; and GP Battery Marketing (Latin America), Inc. are DISMISSED WITH PREJUDICE, pursuant to settlement.

IT IS FURTHER ORDERED that plaintiffs' claims against separate defendants Sky City Holdings International, Ltd. and defendants John Does, 1 through 5 are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 3RD DAY OF SEPTEMBER, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE